UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW GOMBERG, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>    -against-<br><br>EVERLANE, INC.<br>                Defendant. | Case No. 2:24-cv-00313-TJS<br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs or disbursements to any party.

Dated:  Philadelphia, Pennsylvania
         March 18, 2024

                                        Respectfully submitted,

                                        /s/ David S. Glanzberg
                                        Glanzberg Tobia Law, P.C.
                                        *Attorneys for Plaintiff*